IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY B. DUNN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )  CV NO. 04-4131-JPG |
| | ) |
| **CANADIAN NATIONAL/ILLINOIS** | ) |
| **CENTRAL RAILROAD COMPANY,** | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   June 24, 2005

NORBERT JAWORSKI, CLERK

 by:s/Deborah Agans
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
             **U. S. DISTRICT JUDGE**